IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Clyver Pleaugh, an individual,<br><br>Plaintiff,<br><br>v.<br><br>The City of Phoenix, a municipal corporation; The City of Phoenix Housing Department, a federally funded public housing program; Dina Fernandez, individually and in her official capacity as Housing Supervisor for City of Phoenix Housing Department; James Navarrette, individually and in his official capacity as Property Manager for the City of Phoenix Housing Department; Angela Hogan, individually and in her official capacity as Housing Supervisor for the City of Phoenix Housing Department,<br><br>Defendants. | No. CV-19-01746-PHX-NVW<br><br>**ORDER** |

Pursuant to the stipulation by the parties (Doc. 14), and good cause appearing,

IT IS ORDERED dismissing the above captioned matter as moot. The Clerk of Court shall close this case.

Dated this 20th day of March, 2019.

Neil V. Wake
Senior United States District Judge